IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   21-mj-90005-KGG |
| VS. | |
| CHRISTINE R. PENNINGTON | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about November 1, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, CHRISTINE R. PENNINGTON did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641.  **(Theft of Government Property) (Class A Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*/s/ Robin Graham*
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   1/12/2021

*/s/ Gwynne E. Birzer*
HON. GWYNNE E. BIRZER
U.S. Magistrate Judge